**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| STEPHEN DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. CIV-25-01026-JD |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. and EQUIFAX | ) |
| INFORMATION SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

**<u>SHOW CAUSE ORDER</u>**

The Court ORDERS Plaintiff to show cause why Plaintiff failed to comply with

the Court's Order of December 19, 2025 ("Scheduling Order") [Doc. No. 35 ¶ 21]. In the

Scheduling Order, the Court ORDERED counsel for the parties to advise this Court

through a brief joint status report of any and all updates regarding the status of discovery,

anticipated motions, and overall status of the case by April 29, 2026. The Order required:

"Plaintiff's counsel shall initiate the report and circulate a draft to all other parties at least

seven (7) days before the filing deadline. **Plaintiff's counsel shall be responsible for**

**filing the report by the deadline**." (emphasis added). Nothing was filed on the April 29

deadline.

The Court therefore **ORDERS** Plaintiff to show cause by **Monday, June 1, 2026**,

why Plaintiff has not complied with the Court's Order. Alternatively, in lieu of filing a

show-cause response, the parties may comply with the missed deadline and requirement

by Plaintiff filing the parties' brief joint status report by **June 1, 2026**, meeting the requirements previously set forth in the Scheduling Order. *See* [Doc. No. 35 ¶ 21].

The Court warns Plaintiff that failure to comply with the Court's orders may result in sanctions, which may include dismissal of the action without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41; 16(f).

IT IS SO ORDERED this 26th day of May 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE