# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: May 26, 2026

| | | |
|---|---|---|
| STEPHEN DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-01026-JD |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC. and EQUIFAX | ) | |
| INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTER ORDER:

Before the Court can rule on the pending Unopposed Motion to Withdraw as Counsel of Record filed by Defendant Equifax Information Services, LLC [Doc. No. 37], Counsel Forrest Seger, III, will need to move for relief under LCvR83.3(c). After the Court issues an order on any motion for relief under LCvR83.3(c), the Court will issue a ruling on the pending motion to withdraw.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:___/s/ Carol Ditta_____
Deputy Clerk