## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

STEPHEN DIXON,

   Plaintiff,

  v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,

   Defendants.

Case No. 5:25-cv-01026-JD

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### MOTION FOR RELIEF UNDER LOCAL
### CIVIL RULE 83.3(c) AND BRIEF IN SUPPORT

Defendant Equifax Information Services LLC ("Equifax") respectfully seeks relief from this Court under Local Civil Rule 83.3(c) to allow the undersigned to act without local counsel in this case. In support, Equifax would show as follows:

1. Local Rule 83.3(c) states that this Court, in its discretion, can permit out-of-state lawyers to appear as counsel "upon motion establishing financial hardship, special qualifications of non-resident counsel, or other good cause, provided that out-of-state counsel certifies familiarity with the local civil court rules."

2. Equifax has retained the undersigned counsel due to his "special qualifications" with this type of litigation.  Mr. Seger has represented Equifax and its affiliates for the better part of a decade and has appeared in hundreds of Fair Credit Reporting Act ("FCRA") cases like the instant case in a dozen state and federal district courts.

288009610.v1

3.     Mr. Seger further certifies that he is familiar with the Local Civil Rules of this Court and is admitted to practice in the United States District Court for the Western District of Oklahoma.

WHEREFORE, PREMISES CONSIDERED, Defendant Equifax Information Services LLC respectfully requests that the Court enter an order finding good cause exists under Local Civil Rule 83.3(c) for the undersigned to act without local counsel in this case as described in Rule 83.3(b) upon the withdrawal of co-counsel in this matter. Equifax also requests any other relief, general or special, at law or in equity, to which it may show itself entitled.

Dated: May 26, 2026                          Respectfully submitted,


By:  */s/ Forrest M. "Teo" Seger III*
      **FORREST M. "TEO" SEGER III**
      Texas Bar No. 24070587
      OK Western District Bar No. 25-226
      TSeger@clarkhill.com
      CLARK HILL PLC
      2301 Broadway St.
      San Antonio, Texas 78215
      (210) 250-6000
      (210) 250-6100 (Fax)

      **ATTORNEY FOR DEFENDANT,**
      **EQUIFAX INFORMATION SERVICES**
      **LLC**

2

288009610.v1

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Motion for Relief Under Local Civil Rule 83.3(c) and Brief in Support* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Forrest M. "Teo" Seger III
Forrest M. "Teo" Seger III

288009610.v1