THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| STEPHEN DIXON<br>        Plaintiff,<br><br>v.<br><br>EXPERIAN            INFORMATION<br>SOLUTIONS,  INC.  and  EQUIFAX<br>INFORMATION SERVICES, LLC,<br>        Defendants. | )<br>)<br>)<br>) Case No.<br>)        5:25-cv-01026-JD<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff Stephen Dixon and Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC respectfully submit this Joint Status Report pursuant to the Court's Scheduling Order and the Court's Show Cause Order.

## I. STATUS OF DISCOVERY

A. Written Discovery

Written discovery has been served, and responses have been exchanged as follows:

1. Plaintiff Stephen Dixon served written discovery requests on Equifax on January 26, 2026.

2. Plaintiff Stephen Dixon served written discovery requests on Experian on January 26, 2026.

3. Equifax served written discovery requests on Plaintiff Stephen Dixon on January 29, 2026.

4. Equifax served responses and objections to Plaintiff's written discovery requests on March 17, 2026.

5. Experian served written discovery requests on Plaintiff Stephen Dixon on March 17, 2026.

6. Experian served responses and objections to Plaintiff's written discovery requests on March 25, 2026.

7. Plaintiff Stephen Dixon served responses and objections to Experian's written discovery requests on May 4, 2026 and Equifax's written discovery requests on June 1, 2026.

The parties are continuing to review the written discovery responses, objections, and document productions exchanged to date. Plaintiff is reviewing Defendants' responses and productions concerning, among other issues, Plaintiff's consumer disclosures, account and payment-history information, internal data fields, dispute/reinvestigation information, and related policies or procedures.

Defendants are reviewing Plaintiff's responses and any responsive documents produced by Plaintiff. The parties anticipate conferring in good faith regarding any perceived deficiencies, supplementation issues, or production-format issues before seeking Court intervention.

## B. Depositions

As of the date of this Report, no depositions have been completed. The parties anticipate conferring regarding the scheduling of any necessary party, corporate-representative, and third-party depositions after further review of the written discovery responses and document productions.

## C. Third-Party Discovery

Based on the parties' current information, no third-party discovery has been completed to date. The parties reserve the right to pursue appropriate third-party discovery within the deadlines established by the Scheduling Order.

## II. ANTICIPATED MOTIONS

No discovery motions are currently pending. The parties may seek Court intervention if they are unable to resolve discovery disputes after good-faith conferral.

The parties also anticipate that dispositive motions and/or Daubert motions may be filed by the deadlines set in the Scheduling Order. Each party reserves all rights, claims, defenses, objections, and arguments.

### III. OVERALL STATUS OF THE CASE

This case remains in active discovery. The pleadings are closed, written discovery has been served and answered, document productions are being reviewed, and the parties are preparing for the remaining discovery necessary to evaluate their claims and defenses.

At this time, the parties do not request modification of the Scheduling Order. The parties will continue to comply with the Court's deadlines and will promptly confer regarding any discovery issues that arise. The parties remain willing to discuss resolution if and when meaningful settlement discussions become appropriate.

Respectfully submitted:

**Law By JW, LLC**
1590 Jonesboro Rd. SE #6839
Atlanta, GA 30315
Phone: (832) 422-6362
jeff@lawbyjw.com

By: _____
JEFFREY A. WILSON

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, June 1, 2026, the foregoing document was served on all required parties via the ECF system.

/s/ Jeffrey A. Wilson_____
Jeffrey A. Wilson

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff conferred with counsel for Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC regarding the foregoing Joint Status Report. Counsel for all parties have reviewed and agreed to the filing of the Joint Status Report, and Plaintiff's counsel is authorized to file it on behalf of all parties.

Dated: June 1, 2026.

/s/ Jeffrey A. Wilson_____
Jeffrey A. Wilson