## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

STEPHEN DIXON,                            )
                                          )
                Plaintiff,                )
                                          )
v.                                        )        Case No. CIV-25-01026-JD
                                          )
EXPERIAN INFORMATION                      )
SOLUTIONS, INC. and EQUIFAX               )
INFORMATION SERVICES, LLC,                )
                                          )
                Defendants.               )

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel of Record for Littleton T. Ellett, Arthur F. Hoge, III, and the law firm of Hall Estill Hardwick Gable Golden & Nelson. [Doc. No. 37]. Other counsel has entered an appearance in this action and will continue to represent Defendant Equifax Information Services, LLC.

Upon review of the motion, and under LCvR83.5, the Court GRANTS the motion and permits the withdrawal of Littleton T. Ellett, Arthur F. Hoge, III, and the law firm of Hall Estill Hardwick Gable Golden & Nelson as counsel for Defendant Equifax Information Services, LLC. No conditions need to be imposed upon the withdrawal of these attorneys, as other counsel has entered an appearance on behalf of Defendant Equifax Information Services, LLC.

IT IS SO ORDERED this 23rd day of June 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE