# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN DIXON,                              ) | |
|                                             ) | |
|       Plaintiff,    ) | |
|                                             ) | |
| v.                                          ) | Case No. CIV-25-01026-JD |
|                                             ) | |
| EXPERIAN INFORMATION                        ) | |
| SOLUTIONS, INC. and EQUIFAX                 ) | |
| INFORMATION SERVICES, LLC,                  ) | |
|                                             ) | |
|       Defendants.    ) | |

## ORDER

Before the Court is Defendant Equifax Information Services, LLC's Motion for Relief Under Local Civil Rule 83.3(c) ("Motion"). [Doc. No. 47]. Local Civil Rule 83.3(a) states: "[A]ny attorney who is not a resident of, and does not maintain an office in, Oklahoma shall show association with an attorney who is personally appearing in the action and who is a resident of Oklahoma and maintains a law office within the State of Oklahoma, and who has been duly and regularly admitted to practice in this court." Defendant Equifax Information Services, LLC seeks relief from this requirement under LCvR83.3(c), contending that its attorney has "'special qualifications' with this type of litigation" and that he "has represented Equifax and its affiliates for the better part of a decade and has appeared in hundreds of Fair Credit Reporting Act ("FCRA") cases like the instant case in a dozen state and federal district courts." Motion at 1. The Motion further states counsel "certifies that he is familiar with the Local Civil Rules of this Court." *Id.* at 2.

Under LCvR83.3(c), and for good cause shown, the Court GRANTS the Motion and permits Forrest M. Seger, III, to appear for Defendant Equifax Information Services, LLC without association of local counsel in this action. This Order may be vacated, revisited, or modified by the Court at any time.

IT IS SO ORDERED this 23rd day of June 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE